UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>CHRISTOPHER LEE SJODIN,<br><br>Defendant. | No. 2:11-CR-129-LRS<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS |

Before the Court is the Defendant's Motion and Memorandum in Support to Modify Release Conditions Pending Sentencing. ECF No. 61.

Upon his guilty plea, ECF No. 58, Defendant is no longer presumed innocent for purposes of pretrial release, and is now subject to a presumption of detention which he must overcome by clear and convincing evidence. 18 U.S.C. § 3143(a)(1).

Defendant requests release to his home in British Columbia pending sentencing, presently scheduled for June 8, 2016. He argues he has employment in B.C., which would allow him to earn money and organize his affairs prior to possible incarceration.

The United States has not responded to Defendant's Motion, written or otherwise.

The history of Defendant's release and detention in this case is set forth in the Court's Order denying Defendant's Motion to reconsider detention, ECF No. 39. Defendant is a citizen and resident of Canada who was previously released by this district on this case, on his promise to waive extradition from Canada and

ORDER - 1

1  return for trial.  Thereafter, Defendant refused to waive extradition, and refused to
2  return for trial.  Defendant argues that he secured counsel and opposed extradition
3  for two years merely because (1) the instant case has a different cause number, and
4  (2) he needed time to raise bail money.
5        The Court finds that Defendant has not overcome his burden of establishing
6  that circumstances have materially changed since conditions of release were last
7  considered.  Accordingly, Defendant's Motion, **ECF No. 61**, is **DENIED.**
8        **IT IS SO ORDERED.**
9        DATED April 26, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2